UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| ELISEO MORALES GARCIA<br>MARIBEL MENA MELENDEZ | BANKRUPTCY CASE NO. 04-12461<br>ADVERSARY PROC. NO. 05-00102 |
| Debtors | |
| ELISEO MORALES GARCIA<br>MARIBEL MENA MELENDEZ | CASE NO. 07-02159 (ADC) |
| Appellant | BANKRUPTCY APPEAL |
| vs. | |
| REAL ANON, INC., ET AL. | |
| Appellees | |

## MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

TO THE HONORABLE COURT:

    Come now Appellants Eliseo Morales Garcia and Maribel Mena Melendez (the "Appellants") through their undersigned counsel and very respectfully state and pray:

    1.    The captioned appeal commenced by the filing of a Notice of Appeal in the United States Bankruptcy Court, District of Puerto Rico by the Appellants of the Judgment dismissing Adversary Proceeding No. 05-00102.

    2.    Pursuant to Bankruptcy Rule 8001 (c)(2) Appellants hereby voluntary dismiss the captioned appeal.

    **WHEREFORE**, it is hereby requested that this Court enters an order granting Appellant's voluntary dismissal of the captioned appeal pursuant to Bankruptcy Rule 8001 (c)(2).

**Eliseo Morales Garcia**
**v. Real Anon, Inc.**  **Case No. 07-02159 (ADC)**
*Motion For Voluntary Dismissal*  *Page 2*

---

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, which will send notification of such filing to all participants of CM/EMF.

San Juan, Puerto Rico, this 31st day of January, 2008.

    s/ ALEXIS FUENTES-HERNANDEZ
    **Alexis Fuentes-Hernández**
    **USDC-PR 217201**
    **Fuentes Law Offices**
    **P.O. Box 9022726**
    **San Juan, PR  00902-2726**
    **Tels. (787) 607-3436**
    **Fax.  (787) 722-5206**
    **E-Mail: afuentes1@msn.com**